| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| **1.** | **Debtor's name** | **Soldier Operating, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **85-1673712** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **201 Rue Beauregard, Ste. 202** <br> **Lafayette, LA 70508** <br> Number, Street, City, State & ZIP Code | **4359 Roans Chapel Rd.** <br> **College Station, TX 77845** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Lafayette** <br> County | Location of principal assets, if different from principal place of business <br> **Cote Blanche Island Field** <br> **(St. Mary Parish) Lydia, LA 70569** <br> Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Soldier Operating, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

24-50387 - #1   File 05/13/24   Enter 05/13/24 14:55:53   Main Document   Pg 2 of 71

Debtor     **Soldier Operating, LLC**                                    Case number (*if known*) _____
_____
           Name

**10.  Are any bankruptcy cases**      ☐ No
     **pending or being filed by a**   ☑ Yes.
     **business partner or an**
     **affiliate of the debtor?**

List all cases. If more than 1,      Debtor    **Viceroy Petroleum, LP**              Relationship      **Common**
attach a separate list                                                                                **Ownership**

                                     District  _____  When  **5/13/24**  Case number, if known  _____

**11.  Why is the case filed in**     *Check all that apply:*
     ***this district?***
                                     ☑    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                          preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                     ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**       ☑ No
     **have possession of any**       ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **real property or personal**
     **property that needs**
     **immediate attention?**         **Why does the property need immediate attention?** (*Check all that apply.*)

                                     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                          What is the hazard? _____

                                     ☐ It needs to be physically secured or protected from the weather.

                                     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
                                     ☐ Other _____
                                     **Where is the property?** _____
                                                               Number, Street, City, State & ZIP Code
                                     **Is the property insured?**
                                     ☐ No
                                     ☐ Yes.   Insurance agency  _____
                                              Contact name     _____
                                              Phone            _____

█   **Statistical and administrative information**

**13.  Debtor's estimation of**      .    *Check one:*
     **available funds**
                                     ☑ Funds will be available for distribution to unsecured creditors.

                                     ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**         ☐ 1-49                    ☐ 1,000-5,000            ☐ 25,001-50,000
     **creditors**                   ☑ 50-99                   ☐ 5001-10,000            ☐ 50,001-100,000
                                     ☐ 100-199                 ☐ 10,001-25,000          ☐ More than100,000
                                     ☐ 200-999

**15.  Estimated Assets**            ☐ $0 - $50,000            ☑ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                     ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
                                     ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                     ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor   **Soldier Operating, LLC**                                    Case number (*if known*) _____
_____
         Name

**16.  Estimated liabilities**   ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000         ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **Soldier Operating, LLC**                                    Case number (*if known*) _____
_____
Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 13, 2024**
            MM / DD / YYYY

**X** **/s/ Matthew Ferguson**                          **Matthew Ferguson**
_____          _____
Signature of authorized representative of debtor        Printed name

Title  **President**
     _____

**18. Signature of attorney**

**X** **/s/ Bradley L. Drell**                    Date **May 13, 2024**
_____             _____
Signature of attorney for debtor                        MM / DD / YYYY

**Bradley L. Drell 24387**
_____
Printed name

**Gold, Weems, Bruser, Sues & Rundell**
_____
Firm name

**POB 6118**
**Alexandria, LA 71307-6118**
_____
Number, Street, City, State & ZIP Code

Contact phone  **(318)445-6471**       Email address  _____

**24387 LA**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Soldier Operating, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 13, 2024**          X */s/ Matthew Ferguson*
                                          Signature of individual signing on behalf of debtor

                                        **Matthew Ferguson**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Official Form 202                       Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Soldier Operating, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Accu-Line Wireline Services, LLC 526 LaFlamme Rd. Broussard, LA 70518 | | | | | | $160,087.00 |
| Broussard Brothers, Inc. Attn: Ms. Torie Theriot 25817 LA Hwy 333 Abbeville, LA 70510 | | | | | | $115,590.00 |
| Cardinal Slickline 7514 Hwy 90 W New Iberia, LA 70560 | | | | | | $249,427.00 |
| Central Boat Rentals, Inc. P.O. Box 2545 Morgan City, LA 70381 | | | | | | $487,194.00 |
| D-Tech Drillng Tools, Inc. 14103 Interdrive W Houston, TX 77032 | | | | | | $233,755.00 |
| Danos, LLC 3878 West Main St. Gray, LA 70359 | | | | | | $146,062.00 |
| Datalog LWT, Inc d/b/a Cordax Evalution Technologies 2 Riverway Dr., Ste. 1130 Houston, TX 77056 | | | | | | $97,219.00 |
| Eaton Oil Tools, Inc. 118 Rue Du Pain Broussard, LA 70518 | | | | | | $171,065.00 |

| Debtor | **Soldier Operating, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FDF Energy Services, LLC 3639 Ambassador Caffery Pkwy. Ste. 416 Lafayette, LA 70503** | | | | | | $370,162.00 |
| **Gaubert Oil Co., Inc. 10 Rienzi Dr. Thibodaux, LA 70301** | | | | | | $211,300.00 |
| **Intercoastal Liquid Mud, Inc. P.O. Box 38 Maurice, LA 70555** | | | | | | $95,358.00 |
| **Moncla Workover & Drilling Op P.O. Box 53408 Lafayette, LA 70505** | | | | | | $312,192.00 |
| **Petroleum Co-Ordinators, Inc. 219 Rue Fontaine Lafayette, LA 70508** | | | | | | $249,945.00 |
| **Quail Rental Tools, Inc. 3805 Hwy 14 New Iberia, LA 70560** | | | | | | $439,437.00 |
| **SB Consulting, LLC d/b/a SB Directional Services 14221 S Meridan Ave. Oklahoma City, OK 73173** | | | | | | $158,500.00 |
| **Scientific Drilling Int'l, Inc. 1100 Rankin Rd. Houston, TX 77073** | | | | | | $405,862.00 |
| **St. Mary Parish Sheriff's Office Ex-Officio Tax Collector P.O. Box 571 Franklin, LA 70538** | | Parcel #3453900 Assessment #14679 | | | | $125,450.57 |
| **T & M Boat Rentals, LLC P.O. Box 205 Berwick, LA 70342** | | | | | | $430,041.00 |

Debtor **Soldier Operating, LLC**                                    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| USA Compression Partners, LLC 111 Congress Ave. Ste. 2400 Austin, TX 78701 | | | | | | $92,825.00 |
| Zealous Energy Services c/o Community First Bank P.O. Box 10610 New Iberia, LA 70562 | | | | | | $188,095.00 |

| Fill in this information to identify the case: |
| :--- |

Debtor name **Soldier Operating, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| :--- | :--- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................. $ _____0.00_

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................. $ __5,615,631.00_

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................ $ __5,615,631.00_

| Part 2: | Summary of Liabilities |
| :--- | :--- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ __91,646.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ __125,450.57_

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ __5,872,625.91_

4. **Total liabilities** ..........................................................................................................................
   Lines 2 + 3a + 3b

   | $ | 6,089,722.48 |
   | :--- | :--- |

**Fill in this information to identify the case:**

Debtor name **Soldier Operating, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizens National Bank** | **Checking** | | **$26,036.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$26,036.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| | 11a. 90 days old or less: | **11,171.00** | - | **0.00** | = .... | **$11,171.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

Debtor   **Soldier Operating, LLC**                       Case number *(If known)* _____
_____
Name

| 11b. Over 90 days old: | 4,716,719.00 | - | 0.00 | =.... | $4,716,719.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**                                                                                   | $4,727,890.00 |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **3 Dell laptops and 1 inkjet printer** | $0.00 | | $1,500.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.   Total of Part 7.**                                                                                   | $1,500.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No

Debtor   **Soldier Operating, LLC**                    Case number *(If known)* _____
_____
Name

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. **2006 MAGT Boat-Mr. Blanc**<br>**VIN- 1m5ba313961E11028** | **$0.00** | | **$67,000.00** |
| 48.2. **2008 MCIA Boat -Little P**<br>**VIN-4lyba40328h002267** | **$0.00** | | **$25,000.00** |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**3 Light Towers** | **$0.00** | | **$12,015.00** |

**51.** **Total of Part 8.**                                                          $104,015.00
Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 3

Debtor   **Soldier Operating, LLC**                              Case number *(If known)* _____
         Name

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|--|

| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Loans due from Viceroy Petroleum, LP** | **558,377.00** - _____ **0.00** = |  |
|--|--|--|--|

|  |  | 558,377.00<br>Total face amount | 0.00<br>doubtful or uncollectible amount | **$558,377.00** |

| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |
| 73. | **Interests in insurance policies or annuities** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

**Unbilled JIB**                                                        **$197,813.00**

| 78. | **Total of Part 11.** | **$756,190.00** |
|--|--|--|

Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Debtor | **Soldier Operating, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $26,036.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,727,890.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $104,015.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $756,190.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,615,631.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,615,631.00 |

**Fill in this information to identify the case:**

Debtor name     **Soldier Operating, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF LOUISIANA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Baux Resources, LLC** | Describe debtor's property that is subject to a lien | $91,646.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Charles Speice III**
**22 Homed Lake Place**
**Spring, TX 77389**

Creditor's mailing address

**Secured by contractual rights of setoff against future amounts owed**

Describe the lien

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $91,646.00 |
|---|---|---|

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Soldier Operating, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**St. Mary Parish Sheriff's Office**<br>**Ex-Officio Tax Collector**<br>**P.O. Box 571**<br>**Franklin, LA 70538** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $125,450.57 | $125,450.57 |
| Date or dates debt was incurred<br>**2023 Property Tax** | Basis for the claim:<br>**Parcel #3453900**<br>**Assessment #14679** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**\*PLEASE SEE ATTACHED**<br>**GAS REVENUE PAYEES**<br>**(WILL FILE AN AMENDED MATRIX)**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $13,420.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>**\*PLEASE SEE ATTACHED**<br>**DRILLING & WORKOVER PAYEES**<br>**(WILL FILE AN AMENDED MATRIX)**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $21,588.00 |

Debtor  **Soldier Operating, LLC**                                    Case number *(if known)* _____
          Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,416.00** |
|---|---|---|---|

**Acadiana Coating & Supply, Inc.**
925 Ridge Rd.
Duson, LA 70529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,620.00** |
|---|---|---|---|

**Acadiana Packers & Service Tools**
1707 Riceland Rd.
Duson, LA 70529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160,087.00** |
|---|---|---|---|

**Accu-Line Wireline Services, LLC**
526 LaFlamme Rd.
Broussard, LA 70518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,830.00** |
|---|---|---|---|

**Affiliated Tax Consultants**
P.O. Box 1627
Henderson, TX 75653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,931.00** |
|---|---|---|---|

**AIM Oilfiled Services, LLC**
2640 Broadway St.
Ste. 106
Pearland, TX 77581

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,070.00** |
|---|---|---|---|

**American Eagle Logistics**
7800 Hwy 90 W
New Iberia, LA 70560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,136.00** |
|---|---|---|---|

**Baker Hughes**
1046 Allier Rd, Bldg. G
Broussard, LA 70518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Soldier Operating, LLC**                                     Case number *(if known)* _____
_____
Name

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,600.00 |
|---|---|---|---|

**Baleen Process Solutions, LLC**
**22215 Prats Dairy Rd.**
**Abita Springs, LA 70420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,459.00 |
|---|---|---|---|

**Becnel Rental Tools, LLC**
**1034 Carlton Rd.**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $115,590.00 |
|---|---|---|---|

**Broussard Brothers, Inc.**
**Attn: Ms. Torie Theriot**
**25817 LA Hwy 333**
**Abbeville, LA 70510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $249,427.00 |
|---|---|---|---|

**Cardinal Slickline**
**7514 Hwy 90 W**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $487,194.00 |
|---|---|---|---|

**Central Boat Rentals, Inc.**
**P.O. Box 2545**
**Morgan City, LA 70381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,130.00 |
|---|---|---|---|

**Coastal Chemical Co., LLC**
**P.O. Box 122214**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $56,260.00 |
|---|---|---|---|

**Coastal Drilling Company, LLC**
**Chris McClanahan, President**
**311 Saratoga Blvd.**
**Corpus Christi, TX 78417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Soldier Operating, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,000.00**

**Cougar Drilling Solutions**
1200 OIDC Dr.
Odessa, TX 79766

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,890.00**

**Croft Production Systems, Inc.**
19230 FM 442 Rd.
Needville, TX 77461

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$233,755.00**

**D-Tech Drillng Tools, Inc.**
14103 Interdrive W
Houston, TX 77032

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146,062.00**

**Danos, LLC**
3878 West Main St.
Gray, LA 70359

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97,219.00**

**Datalog LWT, Inc d/b/a
Cordax Evalution Technologies**
2 Riverway Dr., Ste. 1130
Houston, TX 77056

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,604.00**

**DHD Offshore Services**
7889 Hwy 182 E
Morgan City, LA 70380

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,270.00**

**Diamond "B" Industries, LLC**
P.O. Box 10310
New Iberia, LA 70562

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Soldier Operating, LLC**                                    Case number (if known) _____
          Name

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,813.00** |

**Diamond Services Corp**
**503 S Degravelle Rd.**
**Amelia, LA 70340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,960.00** |

**Diane Kassab**
**1569 Prairie Grove Dr.**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,432.00** |

**DuLan, LLC**
**103 Rue Bastille**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,851.91** |

**Dynamic Well Services**
**2699 Hwy 44**
**Robstown, TX 78380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171,065.00** |

**Eaton Oil Tools, Inc.**
**118 Rue Du Pain**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,862.00** |

**Energy Pipe & Equipment Rentals**
**2450 SW Evangeline Thrwy**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$965.00** |

**Environmental Data Collection**
**719 Tetreau St.**
**Thibodaux, LA 70301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Soldier Operating, LLC**
Name

Case number *(if known)* _____

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,450.00 |
|---|---|---|---|

**F.A.S. Environmental Services**
1081-B Hwy 70
Pierre Part, LA 70339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $370,162.00 |
|---|---|---|---|

**FDF Energy Services, LLC**
3639 Ambassador Caffery Pkwy.
Ste. 416
Lafayette, LA 70503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $390.00 |
|---|---|---|---|

**Forefront Emergency Mgmt, LP**
2345 Atascocita Rd.
Humble, TX 77396

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,325.00 |
|---|---|---|---|

**Francis Torque Services, LLC**
5335 Brystone Dr.
Houston, TX 77041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $211,300.00 |
|---|---|---|---|

**Gaubert Oil Co., Inc.**
10 Rienzi Dr.
Thibodaux, LA 70301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,210.00 |
|---|---|---|---|

**Gordon Reed & Associates, Inc.**
P.O. Box 52132
Lafayette, LA 70505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,019.00 |
|---|---|---|---|

**Instrumentation & Electrical Technologies**
600 St. Etienne Rd.
Broussard, LA 70518

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Soldier Operating, LLC**
Name         Case number *(if known)*

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95,358.00** |
|---|---|---|---|

**Intercoastal Liquid Mud, Inc.**
P.O. Box 38
Maurice, LA 70555

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,058.00** |
|---|---|---|---|

**JD Oilfield Supply, LLC**
104 E. Utopia Rd.
Duson, LA 70529

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,792.00** |
|---|---|---|---|

**K & J Supplies, LLC**
3314 W Admiral Doyle Dr.
New Iberia, LA 70560

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**La Dept of Environmental Quality**
**Financial Services Division**
P.O. Box 4311
Baton Rouge, LA 70821

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Louisiana One Call System, Inc.**
7223 Parkway Dr
Hanover, MD 21076

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,930.00** |
|---|---|---|---|

**M-I, LLC**
P.O. Box 42842
Houston, TX 77242

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,881.00** |
|---|---|---|---|

**Major Equipment & Remediation**
137 Stuart Rd.
Morgan City, LA 70380

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Soldier Operating, LLC**      Case number (if known) _____
_____
Name

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$162.00** |

**MI4 Corp**
**5850 San Felipe St.**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$312,192.00** |

**Moncla Workover & Drilling Op**
**P.O. Box 53408**
**Lafayette, LA 70505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,271.00** |

**NOV Completion &**
**8017 Breen Rd.**
**Houston, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,688.00** |

**Oil & Gas Evaluations**
**& Consulting, LLC**
**7312 Louetta Rd.**
**Ste. B118-602**
**Spring, TX 77379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,086.00** |

**Oil States Energy Services, LLC**
**121 Old Farm Lane**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,382.00** |

**Omega Waste Management, Inc.**
**1900 Hwy 90**
**Patterson, LA 70392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,842.00** |

**Padre Tubular, Inc.**
**401 Studewood, Ste. 203**
**Houston, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Soldier Operating, LLC**                          Case number (if known) _____
    Name

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Pelican Oilfield Rentals, LLC**<br>**P.O. Box 80095**<br>**Lafayette, LA 70598**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,561.00** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Petroleum Co-Ordinators, Inc.**<br>**219 Rue Fontaine**<br>**Lafayette, LA 70508**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$249,945.00** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Quail Rental Tools, Inc.**<br>**3805 Hwy 14**<br>**New Iberia, LA 70560**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$439,437.00** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Quality Rental Tools**<br>**875 Blimp Rd.**<br>**Houma, LA 70363**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$53,963.00** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**River Rental Tools, Inc.**<br>**109 Derrick Rd.**<br>**Belle Chasse, LA 70037**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$71,293.00** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Rusco**<br>**1050 QCP Park Dr.**<br>**Broussard, LA 70518**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$39,324.00** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Sabine Environmental Services**<br>**9480 FM 563**<br>**Wallisville, TX 77597**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,232.00** |

Debtor   **Soldier Operating, LLC**                                    Case number *(if known)*   _____
_____
Name

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$158,500.00** |
|---|---|---|---|

**SB Consulting, LLC**
**d/b/a SB Directional Services**
**14221 S Meridan Ave.**
**Oklahoma City, OK 73173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$405,862.00** |
|---|---|---|---|

**Scientific Drilling Int'l, Inc.**
**1100 Rankin Rd.**
**Houston, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$480.00** |
|---|---|---|---|

**Southern Pest Control**
**P.O. Box 9030**
**New Iberia, LA 70562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$898.00** |
|---|---|---|---|

**State of Louisiana Dept of**
**Energy and Natural Resources**
**Office of Mineral Resources**
**P.O. Box 44277**
**Baton Rouge, LA 70804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,670.00** |
|---|---|---|---|

**Swivel Rental**
**105 Commission Blvd.**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$430,041.00** |
|---|---|---|---|

**T & M Boat Rentals, LLC**
**P.O. Box 205**
**Berwick, LA 70342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57,995.00** |
|---|---|---|---|

**TALA Marine, LLC**
**17751 State Hwy 3235**
**Galliano, LA 70354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Soldier Operating, LLC** | Case number *(if known)* | |
|---|---|---|---|

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,717.00** |
|---|---|---|---|

**The McPherson Companies, Inc.**
**5051 Cardinal St.**
**Trussville, AL 35173**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,808.00** |
|---|---|---|---|

**Thru-Tubing Systems**
**1806B Hwy 90 E**
**New Iberia, LA 70560**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,318.00** |
|---|---|---|---|

**Trails Yamaha Service Center**
**1061 Frant Wyatt Rd.**
**Breaux Bridge, LA 70517**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,830.00** |
|---|---|---|---|

**Trinity Environmental Services**
**707 Tradewinds, Ste. A**
**Midland, TX 79706**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,306.00** |
|---|---|---|---|

**Trinity Rental Services, LLC**
**1419 Hugh Wallis Rd S**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,075.00** |
|---|---|---|---|

**Trophy Trucking Services, LLC**
**100 Glenborough Dr., Ste. 408**
**Houston, TX 77067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,773.00** |
|---|---|---|---|

**United Vision Logistics**
**400 East Kaliste Saloom Rd.**
**Ste. 3500**
**Lafayette, LA 70508**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Soldier Operating, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.73** Nonpriority creditor's name and mailing address
**USA Compression Partners, LLC**
111 Congress Ave.
Ste. 2400
Austin, TX 78701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$92,825.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address
**Valve & Wellhead Specialists**
P.O. Box 21
Scott, LA 70583

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$67,782.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address
**Viceroy Petroleum, LP**
4359 Roans Chapel Rd.
College Station, TX 77845

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$120,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address
**Waukesha-Pearce Industries, LLC**
P.O. Box 35068
Houston, TX 77235

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$4,336.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** Nonpriority creditor's name and mailing address
**Weatherford U.S., LP**
1164 Smede Hwy
Broussard, LA 70518

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$14,705.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** Nonpriority creditor's name and mailing address
**Zealous Energy Services**
c/o Community First Bank
P.O. Box 10610
New Iberia, LA 70562

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$188,095.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Soldier Operating, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Aaron B. Greenbaum<br>Attorney at Law<br>1100 Poydras St., Ste. 2250<br>New Orleans, LA 70163 | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Brian M. Tranchina<br>Attorney at Law<br>704-A Front Street<br>Morgan City, LA 70380 | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Cade Evans<br>Attorney at Law<br>420 Rue Berard<br>Breaux Bridge, LA 70517 | Line **3.46**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Carl M. Duhon<br>Attorney at Law<br>1113 Johnson St.<br>Lafayette, LA 70505 | Line **3.78**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Christopher Staine<br>Crowe & Dunlevy<br>2525 McKinnon St., Ste. 425<br>Dallas, TX 75201 | Line **3.59**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Donald H. Grissom<br>Grissom & Thompson, LLP<br>509 W. 12th Street<br>Austin, TX 78701 | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Gerard J. Bourgeois<br>Attorney at Law<br>704 Front Street<br>Morgan City, LA 70381 | Line **3.64**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Holly Hamm<br>Attorney at Law<br>2615 Calder Ave., Ste. 800<br>Beaumont, TX 77702 | Line **3.60**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | John A. Mouton III<br>Attorney at Law<br>1200 Camellia Blvd., Ste. 204<br>Lafayette, LA 70508 | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | John A. Mouton III<br>Attorney at Law<br>1200 Camellia Blvd., Ste. 204<br>Lafayette, LA 70508 | Line **3.38**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Mark J. Chaney, III<br>Adams and Reese LLP<br>701 Poydras St, Ste. 4500<br>New Orleans, LA 70139 | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | Randy Angelle<br>Boyer, Hevert & Angelle, LLC<br>401 E. Mills Avenue<br>Breaux Bridge, LA 70517 | Line **3.36**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Soldier Operating, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.13 **Stan Gauthier II**<br>**Stan Gauthier II, ALC**<br>**1405 Pinhook Rd., Ste. 105**<br>**Lafayette, LA 70503** | Line __3.4__<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 125,450.57 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,872,625.91 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,998,076.48 |

**Fill in this information to identify the case:**

Debtor name    **Soldier Operating, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known) _____

☐ Check if this is an
     amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15
Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Master Service Agreement** | |
|      State the term remaining | **Acadiana Packers & Service Tools** |
|      List the contract number of any government contract | **1707 Riceland Rd.** <br> **Duson, LA 70529** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **Master Service Agreement** | |
|      State the term remaining | **Accu-Line Wireline Services, LLC** |
|      List the contract number of any government contract | **526 LaFlamme Rd.** <br> **Broussard, LA 70518** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **Master Service Agreement** | |
|      State the term remaining | **Advanced Energy Services** |
|      List the contract number of any government contract | **P.O. Box 494** <br> **Broussard, LA 70518** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **Master Service Agreement** | |
|      State the term remaining | **AIM Oilfiled Services LLC** |
|      List the contract number of any government contract | **2640 Broadway St.** <br> **Ste. 106** <br> **Pearland, TX 77581** |

Debtor 1    **Soldier Operating, LLC**                                    Case number (*if known*) _____
        First Name         Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

     State the term remaining

     List the contract number of any government contract

**Allied Wireline Services
dba Wireline Logging Solutions
381 Colonial Manor Rd.
Irwin, PA 15642**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

     State the term remaining

     List the contract number of any government contract

**Becnel Rental Tools, LLC
340 Technology Lane
Gray, LA 70359**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

     State the term remaining

     List the contract number of any government contract

**Cactus Wellhead, LLC
920 Memorial City Way
Ste. 920
Houston, TX 77024**

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

     State the term remaining

     List the contract number of any government contract

**Cardinal Wireline
7514 Hwy 90 West
New Iberia, LA 70560**

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement**

     State the term remaining

     List the contract number of any government contract

**Central Boat Rentals, Inc.
P.O. Box 2545
Morgan City, LA 70381**

Debtor 1 **Soldier Operating, LLC**                              Case number (*if known*) _____

     First Name           Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement** | |
| State the term remaining | **Chalmers, Collines, Alwell, Inc.** |
| List the contract number of any government contract | **705 West Pinhook Rd.**<br>**Lafayette, LA 70503** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for Sale of Crude Oil** | |
| State the term remaining | **CIMA Energy, LP** |
| List the contract number of any government contract | **1221 McKinney St.**<br>**Ste. 3700**<br>**Houston, TX 77010** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement** | |
| State the term remaining | **Complete Wireline Solutions** |
| List the contract number of any government contract | **1029 Carlton Rd.**<br>**Broussard, LA 70518** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement** | |
| State the term remaining | **Danos LLC** |
| List the contract number of any government contract | **3878 West Main St.**<br>**Gray, LA 70359** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement** | |
| State the term remaining | **Datalog LWT Inc d/b/a**<br>**Cordax Evalution Technologies** |
| List the contract number of any government contract | **228 NW 59 St.**<br>**Oklahoma City, OK 73118** |

Debtor 1 **Soldier Operating, LLC**
First Name      Middle Name      Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.**   State what the contract or lease is for and the nature of the debtor's interest        **Master Service Agreement**

        State the term remaining

        List the contract number of any government contract

        **DLS, LLC**
        **P.O. Box 309**
        **Lydia, LA 70569**

---

**2.16.**   State what the contract or lease is for and the nature of the debtor's interest        **Master Service Agreement**

        State the term remaining

        List the contract number of any government contract

        **Empire Wireline, LLC**
        **P.O. Box 967**
        **Manvel, TX 77578**

---

**2.17.**   State what the contract or lease is for and the nature of the debtor's interest        **Master Service Agreement**

        State the term remaining

        List the contract number of any government contract

        **Environmental Data Collection**
        **719 Tetreau St.**
        **Thibodaux, LA 70301**

---

**2.18.**   State what the contract or lease is for and the nature of the debtor's interest        **Dock Rental Agreement (Renting Dock Space + Mobile Home + covered parking space for $5,000 month) 500 Gold Coast Rd. Franklin, LA 70538**

        State the term remaining

        List the contract number of any government contract

        **Evangeline Cove Marine, LLC**
        **30300 Hwy 23**
        **Buras, LA 70041**

---

**2.19.**   State what the contract or lease is for and the nature of the debtor's interest        **Master Service Agreement**

        State the term remaining

        List the contract number of any government contract

        **FDF Energy Services LLC**
        **240 Jasmine Rd.**
        **Crowley, LA 70526**

---

Debtor 1 **Soldier Operating, LLC**
<u>                                                                                     </u>
First Name          Middle Name          Last Name

Case number (*if known*)
<u>                                    </u>

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Gordon Reed & Associates Inc** |
| | List the contract number of any government contract | | **P.O. Box 52132** **Lafayette, LA 70505** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Gyrodata Incorporated** |
| | List the contract number of any government contract | | **23000 Northwest Lake Dr.** **Houston, TX 77095** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **I & E Technologies, LLC** |
| | List the contract number of any government contract | | **600 St. Eitenna Rd.** **Broussard, LA 70518** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Jacinto Technical Services Inc.** |
| | List the contract number of any government contract | | **934 Sycamore Lane** **Bartlett, IL 60103** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Knight Energy Services** |
| | List the contract number of any government contract | | **6003 Cunningham Rd.** **Houston, TX 77041** |

Debtor 1   **Soldier Operating, LLC**                                            Case number (*if known*) _____
      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement** | |
|    State the term remaining | **M&H Enterprises, Inc.** |
|    List the contract number of any government contract | **8319 Thora Lane, Hanger A2** **Spring, TX 77379** |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Bareboat Charter with Purchase Option** | |
|    State the term remaining | **MC Marine, LLC** |
|    List the contract number of any government contract | **750 Viaduct Rd.** **Mobile, AL 36611** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement** | |
|    State the term remaining | **Moores Pump & Services** |
|    List the contract number of any government contract | **1187 Hwy 90 East** **Broussard, LA 70518** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement** | |
|    State the term remaining | **Offshore Energy Services, LLC** |
|    List the contract number of any government contract | **5900 Hwy 90 East** **Broussard, LA 70518** |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement** | |
|    State the term remaining | **Offshore Liftboats, LLC** |
|    List the contract number of any government contract | **16182 West Main St.** **Cut Off, LA 70345** |

Debtor 1 **Soldier Operating, LLC**      Case number *(if known)* _____

First Name     Middle Name     Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Oilfield Service Professionals** |
| | List the contract number of any government contract | | **5909 Centralcrest St.** |
| | | | **Houston, TX 77092** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **OMI** |
| | List the contract number of any government contract | | **131 Keating Dr.** |
| | | | **Belle Chasse, LA 70037** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Parker Drilling Offshore USA LLC** |
| | List the contract number of any government contract | | **1110 Unifab Rd.** |
| | | | **New Iberia, LA 70560** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Pelican Oilfield Rentals, LLC** |
| | List the contract number of any government contract | | **110 Thru-Way Park Rd.** |
| | | | **Broussard, LA 70518** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Petroleum Co-Ordinators, Inc** |
| | List the contract number of any government contract | | **219 Rue Fontaine** |
| | | | **Lafayette, LA 70508** |

Debtor 1 **Soldier Operating, LLC**                                        Case number (*if known*) _____
         First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Quail Rental Tools, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 2218**<br>**Houma, LA 70361** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Quail Services, LLC** |
| | List the contract number of any government contract | | **5 Greenway Plaza**<br>**Ste. 100**<br>**Houston, TX 77046** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **R. P. S. Cementing Company, LLC** |
| | List the contract number of any government contract | | **P.O. Box 176**<br>**Livonia, LA 70755** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **River Rental Tools Inc.** |
| | List the contract number of any government contract | | **109 Derrick Rd.**<br>**Belle Chasse, LA 70037** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Crude Oil** | |
|---|---|---|---|
| | State the term remaining | | **Shell Trading (US) Company** |
| | List the contract number of any government contract | | **P.O. Box 4604**<br>**Houston, TX 77210** |

Debtor 1  **Soldier Operating, LLC**                                          Case number (*if known*) _____
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement for Consultation Services** | |
|---|---|---|---|
| | State the term remaining | | **Stokes & Spiehler Offshore Inc** |
| | List the contract number of any government contract | | **P.O. Box 52006** **Lafayette, LA 70505** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Supreme Services & Specialty Co.** |
| | List the contract number of any government contract | | **204 Industrial Ave C** **Houma, LA 70363** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **T. Baker Smith, LLC** |
| | List the contract number of any government contract | | **P.O. Box 2266** **Houma, LA 70361** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tally Production Systems, LLC** **5644 W Sam Houston Pkwy N** |
| | List the contract number of any government contract | | **Bldg 2** **Houston, TX 77041** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Terrebone Wireline Svcs, Inc.** |
| | List the contract number of any government contract | | **P.O. Box 176** **Bourg, LA 70343** |

Debtor 1 **Soldier Operating, LLC**

First Name      Middle Name      Last Name

Case number (*if known*) _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.45.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Master Service Agreement**

**Thru-Tubing Systems**
**2033 North Main St.**
**Newcastle, OK 73065**

---

**2.46.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Master Service Agreement**

**Trinity Environmental Services I**
**P.O. Box 60110**
**Midland, TX 79711**

---

**2.47.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Contract Operation/Maintenance Svcs (Owner of compressor)**

**USA Compression Partners, LLC**
**111 Congress Ave.**
**Ste. 2400**
**Austin, TX 78701**

---

**2.48.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Compressor Rental Letter Agreement**

**USA Compression Partners, LLC**
**111 Congress Ave.**
**Ste. 2400**
**Austin, TX 78701**

---

**2.49.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Master Service Agreement**

**Valve & Wellhead Specialists**
**P.O. Box 21**
**Scott, LA 70583**

Debtor 1 **Soldier Operating, LLC**                                    Case number (*if known*) _____
_____
First Name        Middle Name        Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Joint Operating Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Viceroy Petroleum, LP**<br>**4359 Roans Chapel Rd.**<br>**College Station, TX 77845** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Waste Auditors, Inc.**<br>**P.O. Box 53391**<br>**Lafayette, LA 70505** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Weatherford U.S., LP**<br>**2000 St. James Place**<br>**Houston, TX 77055** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Z. E. Services, LLC**<br>**P.O. Box 92007**<br>**Lafayette, LA 70509** |

**Fill in this information to identify the case:**

Debtor name   **Soldier Operating, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Matthew Ferguson** | **4359 Roans Chapel Rd. College Station, TX 77845** | **F.A.S. Environmental Services** | ☐ D ____ ■ E/F __3.31__ ☐ G ____ |
| 2.2 | **Matthew Ferguson** | **4359 Roans Chapel Rd. College Station, TX 77845** | **FDF Energy Services, LLC** | ☐ D ____ ■ E/F __3.32__ ☐ G ____ |
| 2.3 | **Matthew Ferguson** | **4359 Roans Chapel Rd. College Station, TX 77845** | **Gaubert Oil Co., Inc.** | ☐ D ____ ■ E/F __3.35__ ☐ G ____ |
| 2.4 | **Matthew Ferguson** | **4359 Roans Chapel Rd. College Station, TX 77845** | **Major Equipment & Remediation** | ☐ D ____ ■ E/F __3.44__ ☐ G ____ |
| 2.5 | **Matthew Ferguson** | **4359 Roans Chapel Rd. College Station, TX 77845** | **Scientific Drilling Int'l, Inc.** | ☐ D ____ ■ E/F __3.60__ ☐ G ____ |

Debtor __Soldier Operating, LLC_____     Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.6 | **Matthew Ferguson** | 4359 Roans Chapel Rd. College Station, TX 77845 | **Trinity Environmental Services** | ☐ D _____ ■ E/F __3.69__ ☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Viceroy Petroleum, LP** | 4359 Roans Chapel Rd. College Station, TX 77845 | **Danos, LLC** | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.8 | **Viceroy Petroleum, LP** | 4359 Roans Chapel Rd. College Station, TX 77845 | **DuLan, LLC** | ☐ D _____ ■ E/F __3.26__ ☐ G _____ |
| 2.9 | **Viceroy Petroleum, LP** | 4359 Roans Chapel Rd. College Station, TX 77845 | **JD Oilfield Supply, LLC** | ☐ D _____ ■ E/F __3.39__ ☐ G _____ |
| 2.10 | **Viceroy Petroleum, LP** | 4359 Roans Chapel Rd. College Station, TX 77845 | **TALA Marine, LLC** | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.11 | **Viceroy Petroleum, LP** | 4359 Roans Chapel Rd. College Station, TX 77845 | **USA Compression Partners, LLC** | ☐ D _____ ■ E/F __3.73__ ☐ G _____ |
| 2.12 | **Viceroy Petroleum, LP** | 4359 Roans Chapel Rd. College Station, TX 77845 | **Valve & Wellhead Specialists** | ☐ D _____ ■ E/F __3.74__ ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    **Soldier Operating, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business | **$6,131.00** |
   | | ☐ Other _____ | |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

---

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.   **\*PLEASE SEE ATTACHED** | **2/16/2024 - 5/13/2024** | **$1,605,776.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

---

Debtor    **Soldier Operating, LLC** _____    Case number *(if known)* _____

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Viceroy Petroleum, LP 4359 Roans Chapel Rd. College Station, TX 77845** | **5/18/2023 - 3/21/2024** | **$607,539.34** | **\*SEE ATTACHED LIST** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Central Boat Rentals, Inc. v. Soldier Operating, LLC Dkt. No. 138061** | **Open Account** | **16th JDC, St. Mary Parish 500 Main Street, Second Floor Franklin, LA 70538** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. **Intercoastal Liquid Mud, LLC v. Soldier Operating, LLC Dkt. No. 2024-0566** | **Open Account** | **15th JDC, Lafayette Parish 800 S. Buchanan Street Lafayette, LA 70502** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Gaubert Oil Company LLC v. Soldier Operating, LLC and Matthew Ferguson Dkt. No. 149386** | **Open Account and Guarantee** | **17th JDC, Lafourche Parish 303 West Third Street Thibodaux, LA 70302** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **UV Logistics LLC v. Soldier Operating, LLC Dkt. No. 2024-1608** | **Open Account** | **15th JDC, Lafayette Parish 800 S. Buchanan Street Lafayette, LA 70502** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. **Trophy Trucking Services, LLC v. Soldier Operating, LLC Dkt. No. 2024-2134** | **Open Account** | **15th JDC, Lafayette Parish 800 S. Buchanan Street Lafayette, LA 70502** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

---

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.<br><br>**Gold Weems Bruser Sues & Rundell**<br>**P.O. Box 6118**<br>**Alexandria, LA 71307** | | **Retainer paid for both Soldier Operating, LLC and Viceroy Petroleum, LP** | **$20,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

Debtor    **Soldier Operating, LLC**                                    Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Viceroy Petroleum Multiple Employer Plan** | EIN:  **20-4984451** |

    Has the plan been terminated?
    ■ No
    ☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Debtor **Soldier Operating, LLC**      Case number *(if known)* _____

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Viceroy Petroleum LP | 500 Gold Coast Rd. Franklin, LA 70538 | 2019 International Truck 2019 Ford F150 Truck 1963 Work Barge | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Working interest owners of CBI | 500 Gold Coast Rd. Franklin, LA 70538 | 2008 35ft boat & trailer | $125,000.00 |

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
|  |  |  |  |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.

☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Cote Blanche Island | Dept. of Homeland Security US Coast Guard | Fed. Water Polution Control Act 33 U.S.C., Sect. 1321 | 9/25/2023, 10/21/2023, 11/29/2023 |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.

☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Cote Blanche Island | Dept. of Homeland Security U.S. Coast Guard | Clean Water Act | 9/25/2023, 10/21/2023, 11/29/2023 |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
|  |  |  |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Cheryl Schneider 4359 Roans Chapel Rd. College Station, TX 77845 | 11/28/2011 - present |
| 26a.2.    Gamal Ahmed 4359 Roans Chapel Rd. College Station, TX 77845 | 11/1/2016 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

Debtor    **Soldier Operating, LLC** _____    Case number *(if known)* _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Cheryl Schneider**<br>**4359 Roans Chapel Rd.**<br>**College Station, TX 77845** | |
| 26c.2.    **Gamal Ahmed**<br>**4359 Roans Chapel Rd.**<br>**College Station, TX 77845** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Citizens's National Bank**<br>**140 E. Cameron Ave.**<br>**Rockdale, TX 76567** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matthew R. Ferguson** | **4359 Roans Chapel Rd.**<br>**College Station, TX 77845** | **President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

Debtor    **Soldier Operating, LLC** _____    Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**May 13, 2024**__

/s/ Matthew Ferguson _____         **Matthew Ferguson** _____
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Louisiana

In re  **Soldier Operating, LLC** _____  Case No. _____
                                                Debtor(s)  Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept a retainer of ...................................  $ _____**10,000.00**

     Prior to the filing of this statement I have received ...........................................  $ _____**10,000.00**

     Balance Due ...................................................................................................  $ _____**Unknown**

2.   The source of the compensation paid to me was:

     ☑ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor    ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed PER HOUR FEE, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**May 13, 2024** _____      **/s/ Bradley L. Drell**
_Date_                                           **Bradley L. Drell 24387**
                                                 _Signature of Attorney_
                                                 **Gold, Weems, Bruser, Sues & Rundell**
                                                 **POB 6118**
                                                 **Alexandria, LA 71307-6118**
                                                 **(318)445-6471  Fax: (318)445-6476**
                                                 _Name of law firm_

---

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Soldier Operating, LLC**            Case No. _____

                          Debtor(s)          Chapter    **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 13, 2024** _____        Signature    **/s/ Matthew Ferguson**

                                                            **Matthew Ferguson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

```
*PLEASE SEE ATTACHED
GAS REVENUE PAYEES
(WILL FILE AN AMENDED MATRIX)


*PLEASE SEE ATTACHED
DRILLING & WORKOVER PAYEES
(WILL FILE AN AMENDED MATRIX)


Aaron B. Greenbaum
Attorney at Law
1100 Poydras St., Ste. 2250
New Orleans, LA 70163


Acadiana Coating & Supply, Inc.
925 Ridge Rd.
Duson, LA 70529


Acadiana Packers & Service Tools
1707 Riceland Rd.
Duson, LA 70529


Accu-Line Wireline Services, LLC
526 LaFlamme Rd.
Broussard, LA 70518


Advanced Energy Services
P.O. Box 494
Broussard, LA 70518


Affiliated Tax Consultants
P.O. Box 1627
Henderson, TX 75653


AIM Oilfiled Services LLC
2640 Broadway St.
Ste. 106
Pearland, TX 77581
```

AIM Oilfiled Services, LLC
2640 Broadway St.
Ste. 106
Pearland, TX 77581


Allied Wireline Services
dba Wireline Logging Solutions
381 Colonial Manor Rd.
Irwin, PA 15642


American Eagle Logistics
7800 Hwy 90 W
New Iberia, LA 70560


Baker Hughes
1046 Allier Rd, Bldg. G
Broussard, LA 70518


Baleen Process Solutions, LLC
22215 Prats Dairy Rd.
Abita Springs, LA 70420


Baux Resources, LLC
Charles Speice III
22 Homed Lake Place
Spring, TX 77389


Becnel Rental Tools, LLC
1034 Carlton Rd.
Broussard, LA 70518


Becnel Rental Tools, LLC
340 Technology Lane
Gray, LA 70359


Brian M. Tranchina
Attorney at Law
704-A Front Street
Morgan City, LA 70380

Broussard Brothers, Inc.
Attn: Ms. Torie Theriot
25817 LA Hwy 333
Abbeville, LA 70510


Cactus Wellhead, LLC
920 Memorial City Way
Ste. 920
Houston, TX 77024


Cade Evans
Attorney at Law
420 Rue Berard
Breaux Bridge, LA 70517


Cardinal Slickline
7514 Hwy 90 W
New Iberia, LA 70560


Cardinal Wireline
7514 Hwy 90 West
New Iberia, LA 70560


Carl M. Duhon
Attorney at Law
1113 Johnson St.
Lafayette, LA 70505


Central Boat Rentals, Inc.
P.O. Box 2545
Morgan City, LA 70381


Chalmers, Collines, Alwell, Inc.
705 West Pinhook Rd.
Lafayette, LA 70503

Christopher Staine
Crowe & Dunlevy
2525 McKinnon St., Ste. 425
Dallas, TX 75201


CIMA Energy, LP
1221 McKinney St.
Ste. 3700
Houston, TX 77010


Coastal Chemical Co., LLC
P.O. Box 122214
Dallas, TX 75284


Coastal Drilling Company, LLC
Chris McClanahan, President
311 Saratoga Blvd.
Corpus Christi, TX 78417


Complete Wireline Solutions
1029 Carlton Rd.
Broussard, LA 70518


Cougar Drilling Solutions
1200 OIDC Dr.
Odessa, TX 79766


Croft Production Systems, Inc.
19230 FM 442 Rd.
Needville, TX 77461


D-Tech Drillng Tools, Inc.
14103 Interdrive W
Houston, TX 77032


Danos LLC
3878 West Main St.
Gray, LA 70359

Danos, LLC
3878 West Main St.
Gray, LA 70359


Datalog LWT Inc d/b/a
Cordax Evalution Technologies
228 NW 59 St.
Oklahoma City, OK 73118


Datalog LWT, Inc d/b/a
Cordax Evalution Technologies
2 Riverway Dr., Ste. 1130
Houston, TX 77056


DHD Offshore Services
7889 Hwy 182 E
Morgan City, LA 70380


Diamond "B" Industries, LLC
P.O. Box 10310
New Iberia, LA 70562


Diamond Services Corp
503 S Degravelle Rd.
Amelia, LA 70340


Diane Kassab
1569 Prairie Grove Dr.
Houston, TX 77077


DLS, LLC
P.O. Box 309
Lydia, LA 70569


Donald H. Grissom
Grissom & Thompson, LLP
509 W. 12th Street
Austin, TX 78701

DuLan, LLC
103 Rue Bastille
Lafayette, LA 70508


Dynamic Well Services
2699 Hwy 44
Robstown, TX 78380


Eaton Oil Tools, Inc.
118 Rue Du Pain
Broussard, LA 70518


Empire Wireline, LLC
P.O. Box 967
Manvel, TX 77578


Energy Pipe & Equipment Rentals
2450 SW Evangeline Thrwy
Lafayette, LA 70508


Environmental Data Collection
719 Tetreau St.
Thibodaux, LA 70301


Evangeline Cove Marine, LLC
30300 Hwy 23
Buras, LA 70041


F.A.S. Environmental Services
1081-B Hwy 70
Pierre Part, LA 70339


FDF Energy Services LLC
240 Jasmine Rd.
Crowley, LA 70526

FDF Energy Services, LLC
3639 Ambassador Caffery Pkwy.
Ste. 416
Lafayette, LA 70503


Forefront Emergency Mgmt, LP
2345 Atascocita Rd.
Humble, TX 77396


Francis Torque Services, LLC
5335 Brystone Dr.
Houston, TX 77041


Gaubert Oil Co., Inc.
10 Rienzi Dr.
Thibodaux, LA 70301


Gerard J. Bourgeois
Attorney at Law
704 Front Street
Morgan City, LA 70381


Gordon Reed & Associates Inc
P.O. Box 52132
Lafayette, LA 70505


Gordon Reed & Associates, Inc.
P.O. Box 52132
Lafayette, LA 70505


Gyrodata Incorporated
23000 Northwest Lake Dr.
Houston, TX 77095


Holly Hamm
Attorney at Law
2615 Calder Ave., Ste. 800
Beaumont, TX 77702

I & E Technologies, LLC
600 St. Eitenna Rd.
Broussard, LA 70518


Instrumentation & Electrical
Technologies
600 St. Etienne Rd.
Broussard, LA 70518


Intercoastal Liquid Mud, Inc.
P.O. Box 38
Maurice, LA 70555


Jacinto Technical Services Inc.
934 Sycamore Lane
Bartlett, IL 60103


JD Oilfield Supply, LLC
104 E. Utopia Rd.
Duson, LA 70529


John A. Mouton III
Attorney at Law
1200 Camellia Blvd., Ste. 204
Lafayette, LA 70508


K & J Supplies, LLC
3314 W Admiral Doyle Dr.
New Iberia, LA 70560


Knight Energy Services
6003 Cunningham Rd.
Houston, TX 77041


La Dept of Environmental Quality
Financial Services Division
P.O. Box 4311
Baton Rouge, LA 70821

Louisiana One Call System, Inc.
7223 Parkway Dr
Hanover, MD 21076


M&H Enterprises, Inc.
8319 Thora Lane, Hanger A2
Spring, TX 77379


M-I, LLC
P.O. Box 42842
Houston, TX 77242


Major Equipment & Remediation
137 Stuart Rd.
Morgan City, LA 70380


Mark J. Chaney, III
Adams and Reese LLP
701 Poydras St, Ste. 4500
New Orleans, LA 70139


Matthew Ferguson
4359 Roans Chapel Rd.
College Station, TX 77845


MC Marine, LLC
750 Viaduct Rd.
Mobile, AL 36611


MI4 Corp
5850 San Felipe St.
Houston, TX 77057


Moncla Workover & Drilling Op
P.O. Box 53408
Lafayette, LA 70505

Moores Pump & Services
1187 Hwy 90 East
Broussard, LA 70518


NOV Completion &
8017 Breen Rd.
Houston, TX 77064


Offshore Energy Services, LLC
5900 Hwy 90 East
Broussard, LA 70518


Offshore Liftboats, LLC
16182 West Main St.
Cut Off, LA 70345


Oil & Gas Evaluations
& Consulting, LLC
7312 Louetta Rd.
Ste. B118-602
Spring, TX 77379


Oil States Energy Services, LLC
121 Old Farm Lane
Broussard, LA 70518


Oilfield Service Professionals
5909 Centralcrest St.
Houston, TX 77092


Omega Waste Management, Inc.
1900 Hwy 90
Patterson, LA 70392


OMI
131 Keating Dr.
Belle Chasse, LA 70037

Padre Tubular, Inc.
401 Studewood, Ste. 203
Houston, TX 77007


Parker Drilling Offshore USA LLC
1110 Unifab Rd.
New Iberia, LA 70560


Pelican Oilfield Rentals, LLC
P.O. Box 80095
Lafayette, LA 70598


Pelican Oilfield Rentals, LLC
110 Thru-Way Park Rd.
Broussard, LA 70518


Petroleum Co-Ordinators, Inc
219 Rue Fontaine
Lafayette, LA 70508


Petroleum Co-Ordinators, Inc.
219 Rue Fontaine
Lafayette, LA 70508


Quail Rental Tools, Inc.
3805 Hwy 14
New Iberia, LA 70560


Quail Rental Tools, Inc.
P.O. Box 2218
Houma, LA 70361


Quail Services, LLC
5 Greenway Plaza
Ste. 100
Houston, TX 77046

Quality Rental Tools
875 Blimp Rd.
Houma, LA 70363


R. P. S. Cementing Company, LLC
P.O. Box 176
Livonia, LA 70755


Randy Angelle
Boyer, Hevert & Angelle, LLC
401 E. Mills Avenue
Breaux Bridge, LA 70517


River Rental Tools Inc.
109 Derrick Rd.
Belle Chasse, LA 70037


River Rental Tools, Inc.
109 Derrick Rd.
Belle Chasse, LA 70037


Rusco
1050 QCP Park Dr.
Broussard, LA 70518


Sabine Environmental Services
9480 FM 563
Wallisville, TX 77597


SB Consulting, LLC
d/b/a SB Directional Services
14221 S Meridan Ave.
Oklahoma City, OK 73173


Scientific Drilling Int'l, Inc.
1100 Rankin Rd.
Houston, TX 77073

Shell Trading (US) Company
P.O. Box 4604
Houston, TX 77210


Southern Pest Control
P.O. Box 9030
New Iberia, LA 70562


St. Mary Parish Sheriff's Office
Ex-Officio Tax Collector
P.O. Box 571
Franklin, LA 70538


Stan Gauthier II
Stan Gauthier II, ALC
1405 Pinhook Rd., Ste. 105
Lafayette, LA 70503


State of Louisiana Dept of
Energy and Natural Resources
Office of Mineral Resources
P.O. Box 44277
Baton Rouge, LA 70804


Stokes & Spiehler Offshore Inc
P.O. Box 52006
Lafayette, LA 70505


Supreme Services & Specialty Co.
204 Industrial Ave C
Houma, LA 70363


Swivel Rental
105 Commission Blvd.
Lafayette, LA 70508


T & M Boat Rentals, LLC
P.O. Box 205
Berwick, LA 70342

T. Baker Smith, LLC
P.O. Box 2266
Houma, LA 70361


TALA Marine, LLC
17751 State Hwy 3235
Galliano, LA 70354


Tally Production Systems, LLC
5644 W Sam Houston Pkwy N
Bldg 2
Houston, TX 77041


Terrebone Wireline Svcs, Inc.
P.O. Box 176
Bourg, LA 70343


The McPherson Companies, Inc.
5051 Cardinal St.
Trussville, AL 35173


Thru-Tubing Systems
1806B Hwy 90 E
New Iberia, LA 70560


Thru-Tubing Systems
2033 North Main St.
Newcastle, OK 73065


Trails Yamaha Service Center
1061 Frant Wyatt Rd.
Breaux Bridge, LA 70517


Trinity Environmental Services
707 Tradewinds, Ste. A
Midland, TX 79706

Trinity Environmental Services I
P.O. Box 60110
Midland, TX 79711


Trinity Rental Services, LLC
1419 Hugh Wallis Rd S
Lafayette, LA 70508


Trophy Trucking Services, LLC
100 Glenborough Dr., Ste. 408
Houston, TX 77067


United Vision Logistics
400 East Kaliste Saloom Rd.
Ste. 3500
Lafayette, LA 70508


USA Compression Partners, LLC
111 Congress Ave.
Ste. 2400
Austin, TX 78701


Valve & Wellhead Specialists
P.O. Box 21
Scott, LA 70583


Viceroy Petroleum, LP
4359 Roans Chapel Rd.
College Station, TX 77845


Waste Auditors, Inc.
P.O. Box 53391
Lafayette, LA 70505


Waukesha-Pearce Industries, LLC
P.O. Box 35068
Houston, TX 77235

Weatherford U.S., LP
1164 Smede Hwy
Broussard, LA 70518


Weatherford U.S., LP
2000 St. James Place
Houston, TX 77055


Z. E. Services, LLC
P.O. Box 92007
Lafayette, LA 70509


Zealous Energy Services
c/o Community First Bank
P.O. Box 10610
New Iberia, LA 70562

# United States Bankruptcy Court
## Western District of Louisiana

In re **Soldier Operating, LLC**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 13, 2024**

**/s/ Matthew Ferguson**

**Matthew Ferguson**/**President**
Signer/Title

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Soldier Operating, LLC**

Debtor(s)     Case No. _____

Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Soldier Operating, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 13, 2024**

Date

**/s/ Bradley L. Drell**

**Bradley L. Drell 24387**

Signature of Attorney or Litigant

Counsel for   **Soldier Operating, LLC**

**Gold, Weems, Bruser, Sues & Rundell**
**POB 6118**
**Alexandria, LA 71307-6118**
**(318)445-6471 Fax:(318)445-6476**