UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

| | |
|---|---|
| **SOLDIER OPERATING, LLC** | **CASE NO. 24-50387** |
| DEBTOR | CHAPTER 11 |

IN RE:

| | |
|---|---|
| **VICEROY PETROLEUM, LP** | **CASE NO. 24-50388** |
| DEBTOR | CHAPTER 11 |

## APPLICATION TO EMPLOY ATTORNEY

The application of **Soldier Operating, LLC** and **Viceroy Petroleum, LP**, as debtors and debtors-in-possession (the "Debtors" or "Applicants") respectfully represent:

1.

The Debtors have filed their petition for relief under Subchapter V Chapter 11 of the Bankruptcy Code on the 13th day of May, 2024.

2.

The Debtors, as debtors-in-possession, wish to employ Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC ("Gold"), as its attorneys under a general retainer to give the Debtors legal advice with respect to Debtors powers and duties as debtors-in-possession in the continued operation of the Debtors business and management of the Debtors property, and to perform all legal services for the debtors-in-possession which may be necessary herein.

3.

The Debtors, under the laws of Louisiana, may not represent itself in federal court, and a lack of representation by counsel in any stage of this case would constitute irreparable harm for the purposes of F.R.B.P. 6003.

4.

The Applicants have selected Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC for the reasons that they have gained experience as to the Debtors business and property by assisting the Debtors in preparing to file the cases herein, and the Debtors believe that Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC are well-qualified to represent Debtors, as debtors-in-possession, in this proceeding. Furthermore, it is necessary for the Debtors as debtors-in-possession to employ attorneys for such professional service.

5.

To the best of the Debtors knowledge and as evidenced by the attached declaration, Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC have no connection with the Debtors, the creditors or any other party in interest or their respective attorneys and accountants, or the United States Trustee or any person employed in the Office of the United States Trustee, other than as disclosed in this application. To the best of the Debtors knowledge and as evidenced by the attached declaration, no attorney of the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC holds or represents an interest adverse to the Debtors and all attorneys are "disinterested" persons under the Bankruptcy Code.

6.

Proposed counsel received a $20,000.00 retainer which was deposited in counsel's trust account. Immediately prior to filing, proposed counsel disbursed $16,524 to Gold, Weems, Bruser, Sues & Rundell for fees incurred prior to filing and disbursed $3,476.00 in filing fees to the Clerk of the Bankruptcy Court for Soldier Operating, LLC and Viceroy Petroleum, LP. Currently, Applicant charges hourly rates of $300.00 to $435.00 for shareholders, $265.00 to $310.00 for associates, and $90.00 for paralegals, all billed in increments of 1/10th of an hour.

7.

No party in interest has requested the appointment of a trustee, and thus no further notice of this application need be given and no hearing hereon need be held because of the presumption accorded the debtors-in-possession pursuant to 11 U.S.C. §1107(b).

WHEREFORE, APPLICANTS PRAY that this Court enter an Interim Order authorizing Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC or any of its members (attorneys) to be employed under a general retainer to represent the Debtors as debtors-in-possession in this proceeding under Chapter 11 of the Bankruptcy Code; scheduling a Final Hearing on the relief sought herein; and, for all such other and further relief as this Court deems just and proper.

Alexandria, Louisiana, this 13th day of May, 2024.

Respectfully submitted,

**GOLD, WEEMS, BRUSER, SUES & RUNDELL**

By: **/s/Bradley L. Drell**
Bradley L. Drell (Bar Roll #24387)
Heather M. Mathews (Bar Roll #29967)
P. O. Box 6118
Alexandria, LA 71307-6118
Telephone: (318) 445-6471
Facsimile: (318) 445-6476
e-mail: bdrell@goldweems.com

**ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION: SOLDIER OPERATING, LLC AND VICEROY PETROLEUM, LP**

*Page 4*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

IN RE:

**SOLDIER OPERATING, LLC**     **CASE NO. 24-50387**

    **DEBTOR**     **CHAPTER 11**

IN RE:

**VICEROY PETROLEUM, LP**     **CASE NO. 24-50388**

    **DEBTOR**     **CHAPTER 11**

---

## DECLARATION OF DISINTERESTEDNESS

Bradley L. Drell, an attorney at law, hereby declares under penalty of perjury under the laws of the United States of America, under 28 U.S.C. § 1746, that he is an attorney in the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC and that to the best of his knowledge he has no connection with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee, except for preparing this bankruptcy case and advice attendant to the same, and previously represented Baker Hughes in unrelated matters with such representation terminating approximately three years ago, and represents no interest adverse to **SOLDIER OPERATING, LLC and VICEROY PETROLEUM, LP**, with respect to any of the matters upon which Gold, Weems, Bruser, Sues & Rundell, APLC has been or is to be engaged by the debtor in the above captioned proceeding, and that Bradley L. Drell and the law firm of Gold, Weems, Bruser, Sues & Rundell, APLC are "disinterested" within the meaning of 11 U.S.C. Sections 327 and 1107(b).

*I declare under penalty of perjury that the foregoing is true and correct.*

Page 5

24-50387 - #4  File 05/13/24  Enter 05/13/24 15:55:15  Main Document  Pg 5 of 7

Alexandria, Louisiana, this 13th day of May, 2024.

                                      **/s/Bradley L. Drell**
                                         **OF COUNSEL**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**IN RE:**

| | |
|---|---|
| **SOLDIER OPERATING, LLC** | **CASE NO. 24-50387** |
| **DEBTOR** | **CHAPTER 11** |

**IN RE:**

| | |
|---|---|
| **VICEROY PETROLEUM, LP** | **CASE NO. 24-50388** |
| **DEBTOR** | **CHAPTER 11** |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing *Application to Employ Attorney* on the following:

1. Office of the United States Trustee, 300 Fannin Street, Suite 3196, Shreveport, LA 71101; and

2. The twenty (20) largest creditors in each of the Debtors' cases:

   *SEE ATTACHED

by placing a copy of same in the U.S. Mail, property addressed, with prepaid postage affixed, or by CM/ECF electronic notification.

Alexandria, Louisiana, this 13th day of May, 2024.

　　　　　　　　　　　　　　　　　　　/s/Bradley L. Drell
　　　　　　　　　　　　　　　　　　　　OF COUNSEL