**SO ORDERED.**

**SIGNED October 9, 2024.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 24-50387 |
| SOLDIER OPERATING, LLC[1] | CHAPTER 11 |
| DEBTORS | JOINTLY ADMINISTERED |

### ORDER GRANTING DEBTORS' EX PARTE MOTION FOR AN ORDER EXTENDING THE DEBTORS' DEADLINE TO FILE A CHAPTER 11 PLAN AND DISCLOSURE STATEMENT

CONSIDERING the *Ex Parte Motion for an Order Extending the Debtors' Deadline to File a Chapter 11 Plan and Disclosure Statement* (the "Motion") filed by **Soldier Operating, LLC** and **Viceroy Petroleum, LP** (the "Debtors") and finding good cause therefor,

IT IS ORDERED that Debtors are granted an extension of time from October 10, 2024, to **November 12, 2024**, in which to file their Chapter 11 Plan of Reorganization and Disclosure Statement.

---

[1] Jointly administered with Viceroy Petroleum, Case No. 24-50388

EXHIBIT "A"

# # #

Respectfully submitted,

**GOLD, WEEMS. BRUSER, SUES & RUNDELL**

By:    /s/ Bradley L. Drell
       Bradley L. Drell (Bar Roll #24387)
       Heather M. Mathews (Bar Roll #29967)
       P. O. Box 6118
       Alexandria, LA   71307-6118
       Telephone: (318) 445-6471
       Facsimile:  (318) 445-6476
       e-mail: bdrell@goldweems.com
       e-mail: hmathews@goldweems.com
**ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION, SOLDIER OPERATING, LLC, AND VICEROY PETROLEUM, LP**